**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 1:22-mj-00208-GMH |
| REBECCA LAVRENZ | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE**

The undersigned attorney, having been retained by the Defendant, Rebecca Lavrenz, and being duly certified to practice before the Court, respectfully requests that his appearance as the attorney of record in the present matter be entered.

_____/s/_____
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2023, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:     Michael Matthew Gordon, AUSA
                                Michael.gordon3@usdoj.gov

_____/s/_____
David W. Fischer, Esq.