# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-mj-208 |
| : | |
| **REBECCA LAVRENZ,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based upon the representations in Defendant's Motion to Vacate or Continue Hearing Regarding Ascertainment of Counsel, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled ascertainment of counsel hearing on January 19, 2023, shall be vacated.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE