# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 22-MJ-208 (GMH)** |
| : | |
| **REBECCA LAVRENZ,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Continue Status Conference. The Court having considered the motion, being fully advised, it is this 2nd of March, 2023:

**ORDERED**, that the Joint Motion to Continue Status Conference is hereby **GRANTED**, *nunc pro tunc*; and it is further,

**ORDERED,** that the status hearing scheduled for February 28, 2023, is hereby continued to 1:00 p.m. on April 18, 2023, before Magistrate Judge Upadhyaya and it is further

**ORDERED**, that the time between February 28, 2023, and April 18, 2023 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

_____
G. Michael Harvey
United States Magistrate Judge